**ORDERED.**

Dated: September 21, 2010

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-19461

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

IN RE:

Jeremy John Gonzales and Rachel Marie Gonzales
    Debtors.
_____

U.S. Bank, National Association
    Movant,
  vs.

Jeremy John Gonzales and Rachel Marie Gonzales,
Debtors, Stanley J. Kartchner, Trustee.

    Respondents.

No. 4:10-BK-11886-EWH

Chapter 7

ORDER

(Related to Docket #19)

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

> The part of the Southeast Quarter of Section 17, Township 7 South, Range 26 East, Gila and Salt River Meridian, CITY OF SAFFORD, Graham County, Arizona, more particularly described as follows:
>
> COMMENCING at the Center Quarter Corner of said Section 17;
> thence South 00 degrees 09 minutes 33 seconds West, along the North-South center line of said Section 17 and the basis for bearing, a distance of 919.46 feet;
> thence South 89 degrees 50 minutes 27 seconds East a distance of 47.40 feet to the East right of way of U.S. Highway 191;
> thence South 88 degrees 33 minutes 31 seconds East a distance of 148.31 feet;
> thence South 01 degrees 08 minutes 15 seconds West a distance of 54.72 feet;
> thence North 89 degrees 20 minutes 27 seconds West a distance of 147.38 feet to said right of way;
> thence North 00 degrees 11 minutes 41 seconds East, along said right of way, a distance of 56.74 feet of the  POINT OF BEGINNING.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.